ORIGINAL

FILED

06/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0556

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0556

FILED

JUN 09 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

CITY OF BOZEMAN,

Plaintiff and Appellee,

v.

EARNEST LEE NORMAN, JR.,

Defendant and Appellant.

O R D E R

Counsel for Appellant Earnest Lee Norman, Jr., filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Norman was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in Norman's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Norman personally.

DATED this _____ day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                Justices

2